FILED BY _____ D.C.

05 MAY 24  PM 12: 10

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DELOIS ADAMS, | ) |
| Plaintiff, | ) |
| v. | ) No. 04-2403 Ml/P |
| ALLSTATE INSURANCE COMPANY, | ) |
| Defendant. | ) |

## ORDER SETTING TRIAL DATES

Pursuant to the discussion during the parties' May 24, 2005, telephone conference, the Court hereby sets the following trial schedule in this case:

Trial: <u>Monday, August 22, 2005, at 9:30 a.m.</u>

Pretrial Conference: <u>Wednesday, August 17, 2005, at 8:45 a.m.</u>

Pretrial Order: <u>Wednesday, August 10, 2005, by 4:30 p.m.</u>

SO ORDERED this 24 day of May, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-24-05

-1-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02403 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Charles M. Agee
AGEE LAW FIRM
115 Mills Avenue
P.O. Box 280
Dyersburg, TN 38025--028

David M. Waldrop
HOLLEY WALDROP NEARN & LAZAROV
9032 Stone Walk Place
Germantown, TN 38138

Honorable Jon McCalla
US DISTRICT COURT